■ JANE PEDREIRA, Appellant, v JORGE PEDREIRA, Respondent. [774 NYS2d 851]—Appeal from order, Supreme Court, New York County (Marjory Fields, J.), entered July 2, 2002, unanimously dismissed, without costs or disbursements, as subsumed in the pending appeal from the final judgment of divorce, entered on or about December 10, 2003 (*see* M-241 decided simultaneously herewith). No opinion. Concur—Tom, J.P., Mazzarelli, Saxe and Marlow, JJ.